IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.   CRIMINAL NO. 3:06cr93DPJ-JCS

DEREK SHANE MILLER

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 through Count 34 of the Criminal Indictment against the defendant, DEREK SHANE MILLER, without prejudice.

DUNN LAMPTON
United States Attorney

Date: January 19, 2007   s/ John M. Dowdy, Jr.
By:   JOHN M. DOWDY, JR.
Chief, Criminal Division
Mississippi Bar No. 8896

Leave of Court is granted for the filing of the foregoing dismissal of Count 2 through Count 34.

**SO ORDERED AND ADJUDGED** this the 22[th] day of January, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE